

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2018

No. 04-18-00527-CV

**STAGG RESTAURANTS, LLC** d/b/a McDonalds #24388,
Appellant

v.

Fred **SERRA**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI17438
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Panel:      Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Luz Elena D. Chapa, Justice

Appellant's agreed motion to substitute lead counsel and to extend time to file appellant's reply brief is granted. We **order** appellant's reply brief, if any, due January 10, 2019.

Entered on this 5th day of December, 2018.

**PER CURIAM**

Attested to: _____
KEITH E. HOTTLE,
Clerk of Court

